MANHATTAN FIRE INSURANCE COMPANY OF THE CITY OF NEW YORK et al., Appellants, v. JOSEPH FOX et al., Respondents.

*Manhattan Fire Ins. Co.* v. *Fox,* 74 App. Div. 271, affirmed.
(Argued January 26, 1904; decided February 9, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 23, 1902, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term.

*George Edwin Joseph, John A. Nichols* and *G. D. B. Hasbrouck* for appellants.

*Otto Horwitz* and *William H. Blain* for respondents.

Judgment affirmed, with costs ; no opinion.
Concur : PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.

---

BARBARA SCHMARDER, Respondent, v. CHARLES W. MIX et al., Appellants.

*Schmarder* v. *Mix,* 79 App. Div. 645, affirmed.
(Argued January 29, 1904; decided February 9, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 19, 1901, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Charles G. Baldwin* for appellants.

*Walter Welch* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.